UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY and
POLING & CUTLER MARINE
TRANSPORTATION, INC.

          Plaintiffs,

- against -

M/V GULF SERVICE and BARGE ENERGY 9801
their engines, boilers, tackle, furniture, apparel, etc.,
*in rem*, and HORNBECK OFFSHORE SERVICES,
INC., *in personam*

          Defendant,
------------------------------------------------------------X

07 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**




NOW comes plaintiffs, FIREMAN'S FUND INSURANCE COMPANY and POLING & CUTLER MARINE TRANSPORTATION, INC., and submit in duplicate their Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY. POLING & CUTLER MARINE TRANSPORTATION, INC. is not a publicly traded company.

Dated: New York, New York
       December 14, 2007
       299-273

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                                              By: _____
                                              Gregory G. Barnett (GGB-3751)
                                              317 Madison Avenue, 21st Floor
                                              New York, NY 10017
                                              (212) 286-0225