LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
HORNBECK OFFSHORE TRANSPORTATION LLC and
HORNBECK OFFSHORE SERVICES, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY and
POLING & CUTLER MARINE                                    **ECF Case**
TRANSPORTATION, INC.

     Plaintiffs,        07 Civ. 11283 (GBD)

 -against-

                  **RULE 7.1**
                  **STATEMENT**

M/V GULF SERVICE and BARGE ENERGY 9801
their engines, boilers, tackle, furniture, apparel, etc.,
*in rem,* and HORNBECK OFFSHORE
TRANSPORTATION, LLC and HORNBECK
OFFSHORE SERVICES, LLC., *in personam*

     Defendants.
------------------------------------------------------------------X

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendants HORNBECK OFFSHORE TRANSPORTATION, LLC and HORNBECK OFFSHORE SERVICES, LLC., certifies that the corporate parent: Hornbeck Offshore Services Inc., is publicly traded on the New York Stock Exchange.

   All other affiliates and/or subsidiaries of Hornbeck Offshore Services, Inc., are not

publicly held.

Dated: February 6, 2008
      New York, New York

                             LYONS & FLOOD, LLP
                             Attorneys for Defendant
                             HORNBECK OFFSHORE TRANSPORTATION
                             LLC, and HORNBECK OFFSHORE SERVICES,
                             LLC.

By: _____
                             Edward P. Flood (EPF-5797)
                             65 West 36th Street, 7th Floor
                             New York, New York 10018

U:\FLOODDOC\2617001\Pleadings\Rule 7.1-HORNBECK .doc