LYONS & FLOOD, LLP
ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  JUN 2 3 2008
```

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

June 19, 2008
(212) 805-6737

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DANIELS

JUN 2 3 2008

**BY TELEFAX**

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: Fireman's Fund Ins. Co. v. M/V Gulf Service et al.
    07 Civ. 11283 (GBD)
    Our File: 2617001

Dear Judge Daniels:

We represent defendants Hornbeck Offshore Transportation, LLC and Hornbeck Offshore Services, LLC ("Hornbeck") in the above captioned maritime collision case.

Under the current Civil Case Management Plan and Scheduling Order, the parties must complete all fact discovery by July 10, 2008. We now write, jointly with counsel for plaintiffs, to request that the parties be granted a one month extension of the deadline for fact discovery, up to and until August 11, 2008. Defendants do not seek to extend any of the other litigation deadlines. This is the first request for a time extension the parties have made in this matter.

This short additional time is necessary since document discovery and a deposition of the plaintiffs' witness on the issue of their loss of use claim have not yet been completed, and the parties believe that this remaining discovery cannot reasonably be completed by July 10, 2008.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355   FAX (203) 661-2577

We thank Your Honor for his attention and indulgence in this matter.

Respectfully yours,

Lyons & Flood, LLP

By: Jon Werner

<u>VIA E-MAIL</u>         ggb@caseybarnett.com

cc: Gregory G. Barnett, Esq.
Casey & Barnett, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017

U:\FLOODDOC\2617001\Correspondence\Daniels 01 ltr.doc

- 2 -