UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X AFFIDAVIT OF SERVICE
FIREMAN FUND INSURANCE COMPANY ET AL    CASE # 07 CIV 11283(GBD)
                              Plaintiff,

- against -

M/V GULF SERVICE ET AL

                              Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
QUEENS COUNTY        )

    Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On July 25, 2008, at approximately 3:15 pm, at Foot Of Broadway, Richmond Terrace, Staten Island ,NY 10310, Deponent served the within Subpoena, upon: **Steve Kalil, C/o of Caddell Dry Doc and Repair Co** by delivering to and leaving with Barbara Villani, Receptionist, a true and correct copy of said documents. At the time of said service, Barbara Villani, stated that she is duly authorized to accept service of legal documents behalf of Steve Kalil and Caddell Dry Doc and Repair Co.

    At the time of said service Barbara Villani confirmed that Steve Kalil is employed at the aforementioned address.

    Deponent also states that on July 26, 2008, Deponent served a copy of the aforementioned documents upon Steve Kalil, by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, First Class Mail Envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

    Steve Kalil
    C/o Caddell Dry Doc and Repair,
    Foot of Broadway Richmond Terrace,
    Staten Island, NY 10310.

    Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee

    Barbara Villani is described a white female, approximately 56-60 yrs. of age, 150-150 lbs.,5'5"-5'6"tall, with brown hair and glasses.

                                                                                 ------------------------------
                                                                                     Andrew Bartley

Sworn to before me this
July 26, 2008

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty, New York City
Commission Expires November 17, 2009