UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   AFFIDAVIT OF SERVICE
FIREMANS FUND INSURANCE COMPANY ET AL.   CASE # 07-CIV 11283(GBD)

                                                  Plaintiff,

- against -

M/V GULF SERVICE ET AL.

                                          Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK   )
                        ) ss.:
QUEENS COUNTY   )

    Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On July 25, 2008, at approximately 2:15 pm, at 2208 Avenue X, Brooklyn, N.Y, 11235, Deponent served the within Subpoena in a Civil Case and Cover letter, upon: **Brian Krell, C/o Krell and Wright** by delivering to and leaving with Brian Krell, a true and correct copy of said documents.

    Brian Krell is described a white male, approximately 42-47 yrs. of age, 200-213 lbs., 5'4"-5'8" tall, with black hair.

                                                                         Andrew Bartley

Sworn to before me this
July 26, 2008

_Karlene A Jackson_
Notary Public